**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>ROBERT ALAN GILLESPIE and<br>ELLEN MARIE GILLESPIE,<br><br>Debtors | Chapter 7<br><br>Case No. 14-25372-KCF |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for De Lage Landen Financial Services, Inc., creditor and party in interest in this case, and pursuant to Bankruptcy Rules 2002, 4004, 4007, 9007 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served on:

| **Rosetta B. Packer, Esquire** | **Christine L. Barba, Esquire** |
|---|---|
| Ballard Spahr LLP | Ballard Spahr LLP |
| 1735 Market Street, 51st Floor | 1735 Market Street, 51st Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Telephone Number: 215-864-8739 | Telephone Number: 215-864-8515 |
| Fax Number : 215-864-8999 | Fax Number : 215-864-8999 |
| E-mail: packerr@ballardspahr.com | E-mail: barbac@ballardspahr.com |

Dated: August 5, 2014               **BALLARD SPAHR LLP**

                                                 */s/ Christine L. Barba*
                                                 Rosetta B. Packer
                                                 Christine L. Barba
                                                 1735 Market Street, 51st Floor
                                                 Philadelphia, PA 19103
                                                 (215) 864-8515
                                                 (215) 864-8999 (fax)
                           *Attorneys for De Lage Landen Financial Services, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In Re:<br><br>    ROBERT ALAN GILLESPIE and<br>    ELLEN MARIE GILLESPIE,<br><br>            Debtors | Chapter 7<br><br>Case No. 14-25372-KCF |
|---|---|

## CERTIFICATE OF SERVICE

I, Christine L. Barba, Esquire, certify that service of this Notice of Appearance and Request for Service of Papers was made on August 5, 2014, upon the parties of interest and counsel of record requesting notice, via the Court's ECF system.  Under penalty of perjury, I declare that the foregoing is true and correct.

**BALLARD SPAHR LLP**

___*/s Christine L. Barba*_____
By: Christine L. Barba, Esq.

ME1 10225482v.1